## GLENN *v.* CITY OF ATLANTA.
### EMPIRE COTTON OIL CO. *et al. v.* CITY OF ATLANTA.

BECK, P. J. The controlling questions in both of these cases were passed upon in the case of *Coca-Cola Company* v. *City of Atlanta* ante, and there decided adversely to the contentions of the plaintiffs in error in the instant cases.      *Judgment affirmed. All the Justices concur.*
            Nos. 2689, 2698.    FEBRUARY 21, 1922.

Equitable petitions. Before Judge Pendleton. Fulton superior court. May 31, 1921.

*Candler, Thomson & Hirsch, Anderson, Rountree & Crenshaw, Spalding, MacDougald & Sibley,* and *Charles T. & John L. Hopkins,* for plaintiffs in error.

*J. L. Mayson* and *J. M. Wood,* contra.